IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ATG TRUST COMPANY                                                    PLAINTIFF

v.                                                CIVIL ACTION NO. 1:17-cv-00092-GHD-DAS

COMMUNITY BANK OF MISSISSIPPI et al.                                 DEFENDANTS

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 5th day of September, 2017.

_____
SENIOR U.S. DISTRICT JUDGE